AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Scannlain, Diarmuid F. | Ninth Circuit Court of Appeals | 5/10/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge(Active) | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 555 S.W. Yamhill Street Room 313 Portland, Oregon 97204-1396 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member | University of Portland Presidential Advisory Council |
| 2. | Board of Visitors Member | Lewis & Clark Law School |
| 3. | Board of Advisors Member | Harvard Journal of Law & Public Policy |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 11 P 1:05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01-05/04 | Lewis & Clark Law School, Portland, OR (law teaching) | 3,000 |
| 2. | 07/04 | New York University Law School (law teaching) | 1,800 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | PriceWaterhouseCoopers | 2/18-22/04 Phoenix, AZ (Leadership Forum Panelist) (transportation, meals, room) |
| 2. | New York University Law School | 4/14-16/04 New York City, NY (Moot Court Competition) (transportation, meals, room) |
| 3. | Cornell University School of Law | 4/16-18/04 Ithaca, NY (Moot Court Competition) (transportation, meals, room) |
| 4. | New York University School of Law | 7/11-17/04 New York City, NY (Appellate Judges Seminar Faculty Member) (transportation, meals, room) |
| 5. | University of Notre Dame Law School | 10/2-16/04 London, England (Visiting Scholar – London Programme) (transportation, meals, room) |
| 6. | The Federalist Society | 11/10-14/04 Washington, D.C. (Nat'l Convention Panelist) (transportation, meals, room) |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| O'Scannlain, Diarmuid F | 5/10/2005 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | | |
| 8. | | |
| 9. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Bank | Line of credit | K |
| 2. | Marriott Ownership Resorts | Mortgage on Time Share | K |

# FINANCIAL DISCLOSURE REPORT
Page 1 of 2

Name of Person Reporting
O'Scannlain, Diarmuid F

Date of Report
5/10/2005

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets or transactions) | | | | | | | | | |
| 1. IRA US Treasury Bonds (CATS) | | None | J | T | Partial Sale | 8/15 | K | C | |
| 2. IRA Glaxo Smith Kline PLC (com. stock) | A | Dividend | J | T | | | | | |
| 3. IRA Smith Barney Money Funds (money market) | A | Dividend | J | T | * | | | | *Automated trades |
| 4. IRA Ameren Corp. (com. stock) | A | Dividend | J | T | Buy | 9/7 | J | | |
| 5. IRA Kimberly Clark Corp. (com. stock) | A | Dividend | J | T | Buy | 9/7 | J | | |
| 6. IRA Neenah Paper Inc. (com. stock) | | | J | T | Stock Dist. | | J | A | |
| 7. Fountainhead Apts. (Ltd. Partnership) | A | Distribution | K | W | | | | | |
| 8. Coronado Apts. (Ltd. Partnership) | D | Distribution | J | W | | | | | |
| 9. Indiana Realty (Ltd. Partnership) | A | Distribution | J | W | | | | | |
| 10. Crystal Hopper (Ltd. Partnership) | | None | J | W | | | | | |
| 11. Session Co. (Ltd. Partnership) | | None | J | W | | | | | |
| 12. Guadalupe River condos Kerrville, TX (real property) | | None | K | W | | | | | |
| 13. Remington Toys (com. stock) | | None | J | W | | | | | |
| 14. US Bancorp (com. stock) | A | Dividend | J | T | | | | | |
| 15. Columbia Daily Income (money market) | A | Dividend | J | T | * | | | | *Automatic Trades |
| 16. Smith Barney Money Funds (money market) | A | Dividend | J | T | * | | | | *Automated Trades |
| 17. Columbia Oregon Municipal Bond Fund | A | Dividend | J | T | Buy | ** | J | | **Various Over Year |
| 18. Columbia Oregon Municipal Bond Fund | | | J | T | Partial Sale | 11/1 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $6,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) buyer/seller (if private transaction) |
| 19. Marriott Ownership Resorts Shadow Ridge Time Share | | | K | R | Buy | 2/24 | K | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,50 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | More than $5,0... | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | | |
| | U = Book Value | V = Other | T = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date 5/10/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544